UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

United States of America,
                                        Plaintiff,      Case Number: 17-cr-94-GKF

vs.                                                     Date: 10-4-2019
                                                        Court Time: 9:30 a.m.
Jose Rawdon Trujillo,                                   Actual Court Time: 9:29 - 9:46 a.m.
                                        Defendant.

**MINUTE SHEET - SENTENCING**

Gregory K. Frizzell, U.S. District Judge         K. Perkins, Deputy Clerk         Brian Neil, Reporter

Counsel for Plaintiff: Allen Litchfield
Counsel for Defendant: Scott Graham, Appt.
Probation Officer: Tony Marsh

[x] Defendant appears in person with counsel      [] Counsel waived        [] Contested      [x] Uncontested
[x] Plaintiff & Defendant reviewed PSI:           [] Objs by: [] Pltf [] Deft; [x] No Objs; [x] Court adopts/accepts
[x] 18:3553 Findings re: PSI/Sentence made;       [x] Plea Agreement accepted
[x] Sentence re: Guideline;           [x] Departure: [] Variance: [] Upward [x] Downward; [x] Findings made
[x] Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
[x] Motion [Doc. #54]: Granted

**SENTENCE: As to Counts   1 - 9   of the Indictment:**

[x] Bureau of Prison for a term of  Time Served each Counts 1 - 9  [x] Concurrently each with each other
[x] Supervised Release for a term of  3 years each Counts 1 - 9   [x] Concurrently each with each other
[] Fine:                                $_____  [] With Interest    [] Interest Waived  [x] Not Imposed
[] Restitution:                         $_____  [] With Interest    [] Interest Waived  [] Not Applicable
[x] Special Monetary Assessment:        $ 900 ($100 each Counts 1 - 9) [x] Due Immediately  [] As Directed: ____ [] N/A

**STANDARD CONDITIONS** as previously adopted by this court including the following additional conditions:

[x] Controlled Substances (shall not illegally possess):   [x] Drug Testing    [] Drug Testing Waived
[x] Firearm, Ammunition, et al. (shall not possess)        [] Special Computer Restriction Conditions
[x] DNA Sample (cooperate with and submit to collection)[] Special Financial Conditions   [] Restitution Conditions
[] Alcohol Abstinence Condition                            [x] Special Search and Seizure Conditions
[] Immigration/Naturalization Conditions                   [] Special Sex Offender Conditions
[] Workforce Development Condition                         [x] Special Substance Abuse and Testing Conditions
[x] Mental Health Treatment Conditions                     [] To include inpatient treatment
[] Special Gambling Restriction Conditions                 [] To include treatment program for gambling addiction
[] Community Service Conditions:                           For ____ hours to be performed
[] Community Confinement Conditions:                       For ____ months in confinement and allowed to maintain employment
[] Curfew Condition:     [] Home Detention Condition:      For ____ months to commence within ___ hours of sentencing/release
                                                           from imprisonment and to include electronic monitoring at the discretion
                                                           of the Probation Officer.
                                                           Entire cost of the electronic monitoring shall be paid by: [] Prob [] Deft
*************************************************************************************************

[x] Defendant advised of right to appeal          Court recommends to BOP:
[] Defendant gives oral notice of appeal          [] Designate a facility located near or in: _____
[x] Appeal affidavit required                     [] Residential Drug Abuse Treatment  [] Mental/Medical Evaluation
                                                  [] Other: _____
[] Bond exonerated                                [] Appeal Bond set: $_____ ([] Cash or [] Surety);  [] Findings made
[] Deft to self surrender to designated institution by noon on: _____, U.S.M. to advise of institution;  [] Findings made
[] Remaining counts ordered dismissed: _____
[x] Defendant released on SR conditions
**Additional Minutes:** _____

Minute Sheet Sentencing                                                                              CR-01b (10/17)